# Court of Appeals
# of the State of Georgia

ATLANTA,    February 10, 2016

*The Court of Appeals hereby passes the following order:*

**A15A1955.  DARGAN J. BURNS, III v. GREENTREE SERVICING, LLC.**

The trial court granted partial summary judgment in favor of plaintiff GreenTree Servicing, LLC in its action for equitable reformation of a deed and declaratory judgment.  On appeal, defendant Dargan J. Burns III argues that GreenTree was not entitled to equitable relief because the requirements of mutual mistake were not satisfied, GreenTree's claims are time-barred, it has adequate remedies at law, and its forgery of a security deed forecloses equitable relief.

The Georgia Constitution grants the Supreme Court general appellate jurisdiction over "all equity cases."  Ga. Const. of 1983, Art. IV, Sec. VI, Par. III (2).  "'[E]quity cases' are those in which a substantive issue on appeal involves the legality or propriety of equitable relief sought in the superior court – whether that relief was granted or denied." *Durham v. Durham*, 291 Ga. 231, 232 (2) (728 SE2d 627) (2012) (citation and punctuation omitted).  "It is the primary issue raised on appeal that determines appellate jurisdiction." *Warren v. Bd. of Regents of Univ. System of Ga.*, 272 Ga. 142, 143 (527 SE2d 563) (2000).

The primary issue on appeal in this case is the legality and propriety of the equitable relief that the trial court awarded to GreenTree.  Moreover, it is well-settled that the ultimate responsibility for determining appellate jurisdiction is vested in the Supreme Court.  See *Saxton v. Coastal Dialysis & Medical Clinic, Inc.*, 267 Ga. 177, 178 (476 SE2d 587) (1996); see also *Reeves v. Newman*, 287 Ga. 317 318 ("This Court has a duty to resolve any questions about its jurisdiction over any given case where doubt may exist.").

For these reasons, this appeal is hereby TRANSFERRED to the Supreme Court

for disposition.



*Court of Appeals of the State of Georgia*

  *Clerk's Office, Atlanta,*  02/10/2016

  *I certify that the above is a true extract from*

*the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court*

*hereto affixed the day and year last above written.*

_____ *, Clerk.*